UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DANTE LAMON TAPLIN,

        Plaintiff,

3:15-cv-1937-AA

v.

ORDER

MULTNOMAH COUNTY HEALTH
SERVICES, et al.,

        Defendants.

AIKEN, District Judge.

    Plaintiff's Motion for reconsideration / clarification (#27) is allowed to the following extent. The court hereby affirms that the order of voluntary dismissal (#26) applied to the federal defendants only.

    Plaintiff's motion "Request to take Judicial Notice" (#15) is denied.

1 - ORDER

Plaintiff's Motion for Summary Judgment (#17) is denied.

Defendant Brown's Motion for extension of time (#29) is allowed.

IT IS SO ORDERED.

DATED this 4th day of May, 2016.

Ann Aiken
United States District Judge

2 - ORDER