UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DANTE LAMON TAPLIN,

      Plaintiff,

v.

MULTNOMAH COUNTY HEALTH
SERVICES, et al.,

      Defendants.

3:15-cv-1937-AA

AMENDED ORDER

AIKEN, District Judge.

    The Court's Order (#34) entered June 13, 2016 is hereby withdrawn and the following amended order is substituted in its place.

    Plaintiff's Motion for Reconsideration (#32) is allowed. Upon reconsideration, the court's order (#30) denying plaintiff's Motion for Summary Judgment (#17) is **affirmed.** Stated otherwise,

1 - ORDER

the court has *reconsidered* plaintiff's motion for summary judgment but affirmed it's previous decision denying that motion.

IT IS SO ORDERED.

DATED this 19th day of July, 2016.

                                                   /s/ Ann Aiken
                                                 Ann Aiken
                                                 United States District Judge